| | |
|---|---|
| 1 | **KAZEROUNI LAW GROUP, APC** |
| 2 | Abbas Kazerounian, Esq. (SBN: 249203) |
| | ak@kazlg.com |
| 3 | Jason A. Ibey, Esq. (SBN: 284607) |
| 4 | jason@kazlg.com |
| | 245 Fischer Avenue, Suite D1 |
| 5 | Costa Mesa, CA 92626 |
| 6 | Telephone: (800) 400-6808 |
| | Facsimile: (800) 520-5523 |
| 7 | |
| 8 | **HYDE & SWIGART** |
| | Joshua B. Swigart, Esq. (SBN: 225557) |
| 9 | josh@westcoastlitigation.com |
| 10 | 2221 Camino Del Rio South, Suite 101 |
| | San Diego, CA 92108 |
| 11 | Telephone: (619) 233-7770 |
| 12 | Facsimile: (619) 297-1022 |
| 13 | |
| | *Attorneys for Plaintiff,* |
| 14 | Kevin Lemieux |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN LEMIEUX, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EZ LUBE, INC.; HENLEY PACIFIC LA, LLC; and ONECOMMAND, INC.,<br><br>Defendants. | Case No.: 12-CV-1791-JLS (WMC)<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT ON A CLASS BASIS, REQUEST TO VACATE PENDING DATES, AND REQUEST TO SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff, Kevin Lemieux ("Plaintiff"), submits this Notice of Settlement On A Class Basis, Request To Vacate Pending Dates, and Request To Set Deadline To File Motion For Preliminary Approval Of Class Action Settlement to inform the Court that this action has settled, on a class basis, and to request pending dates be vacated with a deadline for Plaintiff to file necessary papers for preliminary approval of the class action settlement no earlier than sixty (60) days.

Plaintiff, and Defendants Henley Pacific LA, LLC and OneCommand, Inc., agreed to settle this action on a class basis during a session of mediation before Judge Leo S. Papas (Ret.) on November 7, 2013.  Plaintiff is now in the process of drafting the numerous documents required prior to seeking preliminary approval. Plaintiff requests the pending deadlines be vacated and that the Court set a deadline for Plaintiff to file a motion for preliminary approval of the class action settlement no earlier than sixty (60) days, allowing Plaintiff enough time to finalize and file the preliminary approval motion for class action settlement.

Respectfully submitted,

Dated: November 9, 2013            **KAZEROUNI LAW GROUP, APC**

                                                               BY: /S/ ABBAS KAZEROUNIAN
                                                                     ABBAS KAZEROUNIAN, ESQ.
                                                                     ATTORNEY FOR PLAINTIFF