# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EZ LUBE, INC., HENLEY PACIFIC LA, LLC, and ONECOMMAND, INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 12CV1791 JLS (WMc)<br><br>**ORDER (1) VACATING FUTURE DATES; AND, (2) SETTING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>(ECF No. 56) |

Presently before the Court is Plaintiff Kevin Lemieux's ("Plaintiff") Notice of Settlement on a Class Basis, Request to Vacate Pending Dates, and Request to Set Deadline to File Motion for Preliminary Approval of Class Action Settlement. (ECF No. 56). The parties having reached a settlement of this class action, the Court **HEREBY VACATES** all previously scheduled dates in this matter. Plaintiff shall file

///
///
///
///
///
///

1  a motion for preliminary approval of the class action in settlement on, or before,
2  <u>January 30, 2014</u>.
3  **IT IS SO ORDERED.**
4
5  DATED: November 19, 2013

                                  _____
                                  Honorable Janis L. Sammartino
                                  United States District Judge