# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EZ LUBE, INC.; HENLEY PACIFIC LA, LLC; and ONECOMMAND, INC.,<br><br>Defendants. | CASE NO. 12-CV-1791 JLS (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>(ECF No. 58) |

Presently before the Court is the parties' Joint Motion for Enlargement of Time to File Motion for Preliminary Approval. (ECF No. 58.) Good cause appearing, the parties' Joint Motion is **GRANTED**. As agreed by the parties, Plaintiff Kevin Lemieux **SHALL FILE** his Motion for Preliminary Approval of the Class Action Settlement <u>on or before February 7, 2014</u>.

**IT IS SO ORDERED.**

DATED: January 30, 2014

Honorable Janis L. Sammartino
United States District Judge