# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>vs.<br><br>EZ LUBE, INC.; HENLEY PACIFIC LA, LLC; and ONECOMMAND, INC.,<br><br>                             Defendants. | CASE NO. 12-CV-1791 JLS (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>(ECF No. 61) |

Presently before the Court is the parties' Joint Motion for Further Enlargement of Time to File Motion for Preliminary Approval. (ECF No. 61.) Good cause appearing, the Court **GRANTS** the motion. Plaintiff Kevin Lemieux **SHALL FILE** his Motion for Preliminary Approval of the Class Action Settlement <u>on or before February 21, 2014</u>.

**IT IS SO ORDERED.**

DATED: February 7, 2014

                                                                *Janis L. Sammartino*
                                               Honorable Janis L. Sammartino
                                               United States District Judge