# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EZ LUBE, INC.; HENLEY PACIFIC LA, LLC; and ONECOMMAND, INC.,<br><br>Defendants. | CASE NO. 12CV1791 JLS (WVG)<br><br>**ORDER (1) GRANTING JOINT MOTION FOR FURTHER ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL; AND, (2) DENYING AS MOOT PREVIOUSLY FILED JOINT MOTION**<br><br>(ECF Nos. 63, 64) |

Presently before the Court is the parties' Joint Motion for Further Enlargement of Time to File Motion for Preliminary Approval. (ECF No. 64.) Good cause appearing, the Court **GRANTS** the motion. The motion for preliminary approval of the class action settlement shall be filed on or before February 28, 2014. The parties' previously filed joint motion for an extension of time, (ECF No. 63), is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: February 26, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge