Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**Kazerouni Law Group APC**
245 Fisher Ave., Ste. D-1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

Attorneys for the Plaintiffs and Proposed Settlement Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Lemieux, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>v.<br><br>EZ Lube, Inc., Henley Pacific LA LLC, and OneCommand, Inc.<br><br>                   Defendants. | Case No.: 3:12-cv-01791-JLS-WVG<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**DATE:**     **APRIL 10, 2014**<br>**TIME:**      **1:30 PM**<br>**CRTRM:**  **4A**<br><br>**THE HON. JANIS L. SAMMARTINO** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff, Kevin Lemieux, in the action entitled K*evin Lemieux v. EZ Lube, LLC, et al.*, 12-CV-01791 JLS (WVG), pending in the United States District Court for the Southern District of California (*Lemieux* matter), file this Notice and Motion for Preliminary Approval of Class Action Settlement.

Pursuant to Fed. R. Civ. P. 23, Plaintiff in this action and Plaintiff in the *Lemieux* action request that the Court preliminarily approve the Class Action Settlement Agreement, attached hereto, and enter the Preliminary Approval Order, also attached hereto.

Plaintiffs will move for Preliminary Approval on _____, 2014 at _____ a.m. before the Hon. Janis L. Sammartino in Courtroom 4A of the United State District Court located at 333 West Broadway, San Diego, California.

Plaintiffs' motion is based on the accompanying memorandum of points and authorities, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing.

Respectfully submitted,

Date: February 20, 2014

**HYDE & SWIGART**

  s/ Joshua B. Swigart
Joshua B. Swigart

Date: February 20, 2014

**KAZEROUNI LAW GROUP**

  s/ Abbas S. Kazerounian
Abbas S. Kazerounian

Attorneys for the Plaintiffs and Proposed Settlement Class