**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LEMIEUX _____   v. EZ LUBE _____   No. 12-1791-JLS(WVG)

HON. WILLIAM V. GALLO       CT. DEPUTY J. YAHL   RPTR. _____

Case transferred to Magistrate Judge Jill L. Burkhardt.

DATED:  April 10, 2014

                                    _____
                                    Hon. William V. Gallo
                                    U.S. Magistrate Judge