# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EZ LUBE, INC.; HENLEY PACIFIC LA, LLC; and ONECOMMAND, INC.,<br><br>Defendants. | CASE NO. 12CV1791 JLS (JLB)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 66) |

Presently before the Court is Plaintiff Kevin Lemieux's Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class. (ECF No. 66.) The motion hearing set for May 8, 2014 is **HEREBY VACATED** and the matter is taken under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: May 1, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge