**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Kevin Lemieux

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EZ LUBE, INC. et al.,<br><br>Defendants. | Case No.: 12-CV-01791-BAS (JLB)<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT**<br><br>**Date**: December 8, 2014<br>**Time**: 10:30 a.m.<br>**Place**: Courtroom 4B<br>**Judge**: Hon. Cynthia Bashant |

**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT**
**CASE NO. 12-CV-01791-BAS (JLB)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 8, 2014, at 10:30 a.m., before the United States District Court, Southern District of California, Courtroom 4B, 221 West Broadway, San Diego, CA 92101, plaintiff, Kevin Lemieux ("Plaintiff"), will move this Court for an Order Granting Approval of Plaintiff's Attorneys' Fees, Costs and Incentive Payment.

This motion is based upon this notice, the records and papers on file herein, the attached memorandum of points and authorities, the declarations and exhibits thereto, and on such other evidence as may be presented at the hearing of this Motion.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: October 16, 2014

By: /s/ Abbas Kazerounian
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE PAYMENT
CASE NO. 12-CV-01791-BAS (JLB)                    1