**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Kevin Lemieux

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EZ LUBE, INC. et al.,<br><br>Defendants. | Case No.: 12-CV-01791-BAS (JLB)<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date**: December 8, 2014<br>**Time**: 10:30 a.m.<br>**Place**: Courtroom 4B<br>**Judge**: Hon. Cynthia Bashant |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**
**CASE NO. 12-CV-01791-BAS (JLB)**

Case 3:12-cv-01791-BAS-JLB   Document 78   Filed 11/07/14   PageID.687   Page 2 of 2

**1** **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**2**    **PLEASE TAKE NOTICE** that on December 8, 2014, at 10:30 a.m., before the United States District Court, Southern District of California, Courtroom 4B, 221 West Broadway, San Diego, CA 92101, plaintiff, Kevin Lemieux ("Plaintiff"), will move this Court for an order granting final approval of the class action settlement and final certification of the action pursuant to Fed. R. Civ. P. 23(b)(3).

   This motion is based upon this notice, the records and papers on file herein, the attached memorandum of points and authorities, the declarations and exhibits thereto, and on such other evidence as may be presented at the hearing of this Motion.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: November 7, 2014                By: /s/ Abbas Kazerounian
                                       ABBAS KAZEROUNIAN, ESQ.
                                       ATTORNEY FOR PLAINTIFF

---

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 12-CV-01791-BAS (JLB)                1